IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NATALIE ASMAN** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No.: 2:22-cv-01392-ACA |
| ) | |
| **TRANSUNION, LLC; EXPERIAN** ) | |
| **INFORMATION SOLUTIONS, INC.;** ) | |
| **EQUIFAX INFORMATION SERVICES,** ) | |
| **LLC; ALLY FINANCIAL;** ) | |
| **BIRMINGHAM MITSUBISHI;** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE ANNEMARIE CARNEY AXON:

PLAINTIFF Natalie Asman hereby respectfully notifies the Court that Plaintiff and Defendants Experian Information Solutions, Inc. and Parkway Auto Group, LLC d/b/a/ Birmingham Mitsubishi have settled all claims between them in this matter. Each party will bear its own attorneys' fees and court costs. Plaintiff and Defendants Experian Information Solutions, Inc. and Parkway Auto Group, LLC d/b/a/ Birmingham Mitsubishi are in the process of completing the final settlement agreements, will be filing the appropriate dismissal documents dismissing Experian

Information Solutions, Inc. and Parkway Auto Group, LLC d/b/a/ Birmingham Mitsubishi ONLY with prejudice, and will do so within sixty (60) days of the filing of this Notice.

The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. This settlement is not intended to settle or dismiss any of Plaintiff's claims with or against any other Defendant in this matter not specifically identified herein. The only remaining Defendant in this matter is Ally Financial.

                                            Respectfully Submitted,

                                            */s/ Jon E. Lewis*
                                            Jon E. Lewis (LEW033)
                                            *Attorney for Mrs. Asman*

**OF COUNSEL:**
Lewis & Feldman, LLC
2112 11th Avenue South, Suite 542
Birmingham, AL 35205
(205) 254-6060 *telephone*
(205) 254-3939 *facsimile*
jon@lewisandfeldman.com

# CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon the following by electronic filing through Alafile and/or by placing a copy of same via U.S. Mail in a properly addressed envelope with sufficient postage thereon this the 24th day of February, 2023.

Jonathan M. Lieb (LIE004)
jlieb@mcdowellknight.com
J. Stephen Harvey (HAR155)
sharvey@mcdowellknight.com
MCDOWELL KNIGHT ROEDDER & SLEDGE, LLC
11 North Water St., Ste. 13290
Mobile, Alabama 36602

Matthew W. Robinett, Esquire
Mrobinett@nwkt.com
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd STREET SOUTH
BIRMINGHAM, AL 35205

L. Jackson Young, Jr., Esquire
ljyoung@csattorneys.com
CHRISTIAN & SMALL LLP
505 North 20th Street
Suite 1800
Birmingham, AL 35203-2696

Roy Harrell, Esquire
roy.harrell@troutman.com
Kearstin Harumi Sale, Esquire
Kearstin.sale@troutman.com
Ethan Ostroff, Esquire
Ethan.Ostroff@troutman.com
Mark Kundmueller, Esquire
Mark.Kundmueller@troutman.com

Paul Sheldon, Esquire
psheldon@qslwm.com
Kara McLemore, Esquire
kmclemore@qslwm.com
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024

Charles Campbell, Esquire
Charles.campbell@equifax.com
Adrienne Adams, Esquire
Adrienne.adams@equifax.com
EQUIFAX, INC.
1550 Peachtree Street, N.W.
Atlanta, Georgia 30309

Brock Phillips, Esquire
BPhillips@maynardcooper.com
MAYNARD COOPER GALE
1901 Sixth Ave N., Suite 1700
Birmingham, AL 35203

Kaela J. Palmiter, Esquire
kpalmiter@jonesday.com
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, Georgia 30361

TROUTMAN PEPPER
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308

                                        <u>/s/ Jon E. Lewis</u>
                                        Of Counsel