# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **NATALIE ASMAN,** | ] |
| **Plaintiff,** | ] |
| v. | ] Case No.: 2:22-cv-01392-ACA |
| **TRANSUNION, LLC, et al.,** | ] |
| **Defendants.** | ] |

## FINAL ORDER

This matter comes before the court on Plaintiff Natalie Asman's motion to dismiss, in which she seeks to dismiss this case with prejudice, costs taxed as paid, based on the parties' settlement of the case. (Doc. 29). The court may grant such a motion "unless the defendant will suffer clear legal prejudice, other than the mere prospect of a subsequent lawsuit, as a result." *McCants v. Ford Motor Co., Inc.*, 781 F.2d 855, 856–57 (11th Cir. 1986). Because the parties have reached a settlement agreement, the court can discern no legal prejudice the remaining defendant will suffer if the court grants the motion. Accordingly, the court **GRANTS** the motion to voluntarily dismiss the case and dismisses this action **WITH PREJUDICE**. Costs are taxed as paid.

The court **DIRECTS** the Clerk to close this case.

**DONE** and **ORDERED** this June 20, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE